# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1165. JUDE OWUMI v. PROPERTY SERVICES OF ATLANTA.**

Property Services of Atlanta ("Property Services") filed a dispossessory proceeding in magistrate court against, inter alia, Jude Owumi. The magistrate court entered judgment against Owumi, and Owumi appealed to superior court. The superior court entered judgment in favor of Property Services, and Owumi again appeals. Property Services has filed a motion to dismiss the appeal, arguing that we lack jurisdiction. We agree.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Thus, Owumi's failure to follow the proper procedure deprives us of jurisdiction over this appeal. Accordingly, Property

Services' motion to dismiss the appeal is GRANTED, and the appeal is hereby

DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__04/04/2022_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*